THIS DOCUMENT IS <u>NOT</u> IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _____ L R C I V P 5.4, 7.1(b)(1) _____
(Rule Number/Section)

FILED _____ LODGED
_____ RECEIVED _____ COPY

JAN 0 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  JUSTIN ROBERT ALLEN

2  2506 W. DUNLAP AVE #261

3  PHOENIX, AZ 85021

4  THE UNITED STATES DISTRICT COURT

5  FOR THE DISTRICT OF ARIZONA

6  **CV23-00032-PHX-MTM**

| | |
|---|---|
| 7  JUSTIN ROBERT ALLEN; | Case No.: Number |
| 8  LISA A. ALLEN | COMPLAINT AND REQUEST FOR EMERGENCY |
| 9  AND ALL SIMMILARY SITUATED | INJUNCTION. |
| 10         Plaintiff, | Case No.: |
| 11         vs. | COMPLAINT FOR THE CONVERSION OF |
| 12         WOLTERS & KLUWER N V, AS | PROPERTY |
| 13  TRUSTEE OF THE THE CORPORATION TRUST | USC 28 1332; DIVERSITY OF CITIZENSHIP |
| 14  COMPANY CORPORATION ; VAN TUYL GROUP | 18 U.S.C. § 471 - FORGERY |
| 15  HOLDCO INC  Et Al | 18 USC 1028 – FRAUD OF IDENTIFICATION |
| 16         Defendant | 41 USC 6503: BREACH OR VIOLATION OF |
| 17  See Attached | REQUIRED CONTRA |

18

19  **TABLES OF POINTS AND AUTHORITIES**

20  12 U.S.C. 5531 AND 5536

21  28 U.S.C. 1331

22  FEDERAL COMMUNICATIONS ACT "FCA" AT 47 U.S.C. 222, THE STORED COMMUNICATION ACT

23  "SCA" AT 18 U.S.C.1030

24  18 U.S.C. CH.25 COUNTEREITING & FORGERY

25  INCLUDING TITLE 471 OBLIGATIONS OR SECURITIES OF THE UNITED STATES.

26  TRUTH IN LENDING ACT(TILA)

27  U.S.C. 1601(B)F ; THE TRUTH IN SAVINGS ACT(TISA), 12 U.S.C. 4301 ET SEQ., AND ITS

28  IMPLEMENTING REGULATION, REGULATION DD, 12 C.F.R. PART 1030 ; Regulation Z (12 CFR 1026)

THE CONSUMER FINANCIAL PROTECTION ACT OF 2010(CFPA), 12 U.S.C. 5531 & 5536

U.S.C. 1681 (FCRA) & 15 U.S.C. 1692-1692(P) THE FAIR DEBT COLLECTION PRACTICES ACT

18 U.S.C. § 471 – FORGERY

17 CFR § 240.15c1-2 - Fraud and misrepresentation.

# COMPLAINT FOR THE CONVERSION OF PROPERTY

## (28 U.S.C. § 1332; Diversity of Citizenship)

### THE PARTIES

PLAINTIFFS

JUSTIN ROBERT ALLEN, INDIVIDUAL

2506 W. Dunlap Ave. Apt. 261

Phoenix, AZ 85021

6028495331

LISA ALLEN, INDIVIDUAL

2506 W. DUNLAP AVE APT #261

PHOENIX, AZ 85021

DEFENDANTS

WELLS FARGO BANK, NATIONAL ASSOCIATION, A CALIFORNIA CORPORATION

c/o corporation service company

8825 N 23rd Avenue, Suite 100, PHOENIX, AZ 85021, USA

President   CHARLES W. SCHARF

30 HUDSON YARD, NEW YORK, NY, 10001, New York County, USA

Secretary        TANGELA RITCHER

30 HUDSON YARDS, NEW YORK, NY, 10001, New York County, USA

Treasurer        C. ANDRE COLE

401 S. TRYON STREET, CHARLOTTE, NC, 28202, Mecklenburg County, USA

Director CHARLES W. SCHARF

30 HUDSON YARD, NEW YORK, NY, 10001, New York County, USA

Other Officer        BERNADETTE DOOLEY

301 S. COLLEGE STREET, CHARLOTTE, NC, 28202, Mecklenburg County, USA

**Wolters Kluwer Legal & Regulatory U.S.**

WOLTERS KLUWER HEALTH, INC.

c/o CORPORATION TRUST CENTER

 1209 ORANGE ST, WILMINGTON, New Castle, DE, 19801

WOLTERS KLUWER (UK) LIMITED

145 London Road

Kingston Upon Thames

Surrey

KT2 6SR

United Kingdom

Wolters Kluwer United States Inc

28 Liberty St, New York, NY 10005

1    SNAP-ON BUSINESS SOLUTIONS LIMITED

2    Imperium

3    Imperial Way

4    Reading

5    RG2 0TD

6    Berkshire

7    United Kingdom

8

9    NAME:    SHOWCASE AUTOMOTIVE LLC, A Foreign LLC

10   ADDRESS: 3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

11        Entity ID R19765138

12        Domicile State   Delaware

13        SHOWCASE AUTOMOTIVE LLC, DBA" CAMELBACK VOLKSWAGEN" "CAMELBACK

14        VOLKSWAGEN SUBARU MAZDA" "Camelback Volkswagen Subaru"

15        AND AGENTS THEROF:

16        AGENT OF RECORD:

17        CT CORPORATION SYSTEM

18        3800 N CENTRAL AVE SUITE 460

19        PHOENIX, AZ 85012, USA

20

21              BERKSHIRE HATHAWAY AUTOMOTIVE

22              8333 ROYAL RIDGE PKWY #130, IRVING, TX, 75063 USA

23

24   THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER

25   1209    ORANGE ST

26   WILMINGTON, DE, 19801

27   USA County: MaricopA

28

VW CREDIT, INC.

Entity ID:F00265005

Business Type: AUTO FINANCE COMPANY

Domicile State: Michigan

Statutory Agent Information

Name: CORPORATION SERVICE COMPANY

Attention:

Address:8825 N 23rd Avenue, Suite 100, PHOENIX, AZ 85021, USA

County: Maricopa


Chairman of the Board of Directors

ANTHONY BANDMANN

JENS EFFENBERGER

KEVIN M MCDONALD

CHRISTINE STEINBERG

RAFAEL VIEIRA TEIXEIRA

2200 WOODLAND POINTE AVENUE

HERNDON, VA, 20171

Fairfax County, USA


251 LITTLE FALLS DR WILMINGTON, DE 19808

USA New Castle COUNTY

8825 N 23rd Avenue, Suite 100

PHOENIX, AZ, 85021,

USA MARICOPA COUNTY

BERKSHIRE HATHAWAY AUTOMOTIVE

JOSEPH ESPOSITO (MANAGING PARTNER)

Business Address:

8333 Royal Ridge Parkway, Ste. 100

Irving, Texas

75063

972-536-2900

Nature of Business:

CONSULTING SERVICES TO AUTOMOBILE DEALERSHIPS


MCVT MOTORS, LLC Foreign LLC   DBA "CAMELBACK FORD LINCOLN"

File ID:        495212

Name:

CAMELBACK FORD LINCOLN

Business Address:

1330 E. Camelback Road

PHOENIX, Arizona

85014

Mailing Address:

8333 Royal Ridge Parkway, Ste. 100

Irving, Texas

75063

Phone:

972-536-2900

Statutory Agent Information

CT CORPORATION SYSTEM

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA


BH AUTOMOTIVE, LLC, Foreign LLC DOMICILED IN THE STATE OF DELEWARE

WITH A PRINCIPAL MEMBERS BUSINESS ADDRESS IN ARIZONA

1550 E MISSOURI #300, PHOENIX, AZ, 85014, Maricopa County, USA

DBA IN ARIZONA FOR BH AUTOMOTIVE IS A SEPARATE AND INCLUDED

DEFENDANT :


VAN TUYL GROUP HOLDCO INC

ATTN: 1550 E MISSOURI #300, PHOENIX, AZ, 85014, Maricopa County, USA


Entity Principal Office Address

THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER

 1209 ORANGE ST, WILMINGTON, DE, 19801, USA County: New Castle

Entity office for service of legal documents:

THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER

 1209 ORANGE ST, WILMINGTON, DE, 19801, USA County: New Castle


DEFENDANTS AS REGISTERED STATUTORY AGENTS IN FACT:

THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER

 1209 ORANGE ST, WILMINGTON, DE, 19801, USA County: New Castle

THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER

 1209 ORANGE ST, WILMINGTON, DE, 19801, USA County: New Castle

SNAP-ON BUSINESS SOLUTIONS INDIA PRIVATE LIMITED

11TH FLOOR, TOWER A, DLF TOWERS JASOLA, JASOLA DISTRICT CENTRE NEW
DELHI DL 110025 IN

India

1

2                                         JURISDICTION

3                  VW CREDIT INC IS DOMICILED IN MICHIGAN WITH TIES TO A TRUST IN DELEWARE

4    FOR statutory agent AND DOES BUSINESS IN ARIZONA MARICOPA COUNTY UNDER THE TRADE

5    NAME "CAMELBACK VW" HOWEVER THE DEFENDANTS OPENED ACCOUNTS AND USED PII

6    ACROSS THE UNITED STATES. DEFENDANTS IN CONJUNCTION WITH ANOTHER HAD INTENT TO

7    DEFRAUD PLAINTIFFS THROUGH IDENTIY THEFT AND FALSE CLAIMS AND IS EVIDENCED BY THE

8    AMMOUNT OF DUPLICATED BANK ACCOUNTS AND HOLDINGS REPORTS THE NAMES OF ME IN

9    MY MOTHER SPECIFICALLY IN THE STATES IN VICTIMS CREDIT REPORTS SHOW MASSIVE

10   IMPERMISSIBLE USE AND WITHIN DAYS OF ONE ANOTHER THESE AUTOMOBILE FINACE

11   COMPANIES BEING THE SAME NAME OF VW CREDIT IN THAT STATES OF VIRGINIA, OREGAN,

12   WASHINGTON,ILLINOIS AND ARIZONA. WITH THIS BEING THAT THE PLAINTIFFS AND

13   DEFENDANTS ARE OF THIS STATE AND DOING BUSINESS IN THIS STATE BUT ALSO HAVE

14   BUSINESSES IN OTHER STATES AND JURISDICTIONS WHERE PLAINTIFFS WERE VICTIMIZED

15   UNKNOWINGLY.

16                  THE JURISDICTION IS CORRECT.

17

18                  COMPLAINT

19                  PLAINTIFF, JUSTIN ROBERT ALLEN AND MOTHER LISA ANN ALLEN BRING

20   COMPLAINT AGAINST SAID DEFENDANTS FOR THE FOLLOWING:

21                  FRAUDULENT MISREPRESENTATION, CONSPIRACY, FRAUD, FORGERY, MORTGAGE

22   FRAUD, PPP LOAN FRAUD, AND COMMERCIAL LOAN FRAUD AND SPECIFICALLY SALESMAN PAUL

23   VALENTINO, ISAAC MALDANADO, STEVEN OR STEVEN PORTER, CSR SHANNON, KELLI IRISH,

24   MECHANIC BELTRAN, AGENTS ACTING FOR ULTIMITLY WOLTERS AND KLUWER AND CT TRUST

25   CORPORATION BUT WORKING FOR CAMELBACK VOLKSWAGEN USED OUR PERSONAL

26   IDENTIFICATION INCLUDING DOCUMENTS TO OBTAIN LOAN AND AT OTHER FINANCIAL

27   INSTITUTIONS AND DEFRAUD THE PLAINTIFFS OF UNCLAIMED ASSETS WITHING THE US

28   TREASURY DEPARTMENT AND TAX-FREE MUNICIPIPAL MARKET THROUGH FIDELITY

1   BROKERAGE SERVICES LLC (FBS) FIDELITY WORKPLACE SERVICES ADVISORS AND THE

2   FINANCIAL ADVISORS AT THE FIDELITY BILTMORE INVESTMENTS BILTMORE LOCATION

3   LOCATED WITHIN 1 MILE OF THE CAR DEALERSHIP PLAINTIFFS PURCHASED THE VEHICLES FROM

4   AND PROVIDING PERSONALLY IDENTIFIABLE INFORMATION. THE DEFENDANTS WORKED IN

5   CONJUNCTION WITH ANOTHER COMMITING CONSPIRACY THROUGH WHATSAPP MESSEGES AND

6   OPENED LIMITED LIABILITY CORPORATIONS IN THE JURISDICTION OF TAX-FREE STATES

7   INCLUDING ARIZONA AND PUERTO RICO, PROPERTY MANAGEMENT COMPANIES AND SHELL

8   LLCS IN PLAINTIFFS INFORMATION AND WERE MORE THAN LIKELY DOING THIS TO OTHER

9   AMERICANS AT THE TIME UNKNOWINGLY, HOWEVER THIS SPECIFIC GROUP AT CAMELBACK

10  VOLKSWAGEN AND FIDELITY INVESTMENTS HAD INSIDE KNOWLEDGE AFTER PURCHASING OUR

11  VEHICLES FROM THEM THAT WE HAVE MANY ASSETS THAT WERE UNKNOWN TO US AND IN OUR

12  PORTFOLLIOS AT FIDELITY INVESTMENTS. ( MY KIDS MOTHERS AUNT KELLY WHALLON WAS A

13  PRESIDENT AT THE COMERICA BANK ACROSS THE STREET FROM THE SACHI SALON STUDIOS

14  WHERE THE FIDELITY INVESTMENTS LOCATION AND ADVISORS INCLUDING THE TEAM FROM

15  CAMELBACK VOLKSWAGEN SUBARU MAZDA CONSPIRED CHRISTMAS TO DEFRAUD THE

16  PLAINTIFFS OF ASSETS AND CONVERT ASSETS INTO LLCS ACROSS THE CONTRY THROUGH USE

17  OF LEGALINC CORPORATE FILING SERVICES AND VARIOUS FRAUDULENT STATUTORY AGENTS

18  THAT WERE MADE UP USING STOLEN ASSETS IN EXCESS OF 1,000,000,000.00 usd, AFTER

19  IMPROPERLY USING OUR PII OUR PLAINTIFFS ALLEGE THE DEFENDANTS COLLECTIVLY BEGAN

20  RECRUITING PEOPLE IN OTHER STATES AS EVIDENCED THAT WITHIN DAYS OF EACH OTHER IN

21  2020 AND 2021 PLAINTIFFS CREDIT WAS ACCESSED BY VARIOUS BANKS, ALTERNATIVE CREDIT,

22  OTHER CAR FINANCING COMPANIES THAT WERE IMPERMISSIBLE  BUT FURTHER BUSINESS

23  PHONES LINES WERE OPENED AND MORTGAGES AND SUBSEQUENTLY PAID OFF AFTER

24  FURTHERING THE FRAUD. THIS HAS CAUSED IRREPRABLE HARM TO THE PLAINTIFFS AS THE

25  IDENTITY THEFT IS SO MASSIVE IT HAS LEFT THE PLAINTIFFS UNABLE TO OPERATE REGULARLY

26  AND CREATING EXTREME FINANCIAL HARDSHIP.

27          DECEMBER 2020 DECEMBER 2021 DEFENDANTS OPENED CAR LOANS IN OREGAN,

28  PHOENIX, ARIZONA,  ILLINIOS, SCOTTSDALE, ARIZONA, WASHINGTON, NEW YORK, DELEWARE,

MASSACHUCETTS, NEW JERSEY, NEVADA, FLORIDA, TEXAS, FURTHER THE STATED DEFENDANTS INCLUDING FINANCIAL ADVISORS AND CONSULTANTS WITH FIDELITY BROKERAGE SERVICES LLC., FORGED DOCUMENTS INCLUDING DEATH CERTIFICATES, MARRIGE CERTIFICATES, LICENSES

"Improper Sales Acts or Practices" means applying for, opening, issuing, activating, or enrolling a consumer in, without the consumer's knowledge and consent, credit cards, Premier lines of credit, Reserve lines of credit, or deposit accounts.

FRAUDULENT MISREPRESENTATION - It is a false statement of fact that causes or induces someone to enter into a contract. THE defendantS COMMITED fraudulent misrepresentation when he or she lies or MIREPRESENTED an important fact about in order to cause or induce the other party to enter into a contract. The misrepresentation can be in the form of anything that is designed to deceive the other party including innuendos, half-truths, or silence when there exists a duty to speak.

PLAINTIFFS SPOKE WITH DEFENDANTS IN EARLY JANUARY 2022 AFTER HIS CAR FINANCED THROUGH THE DEALERSHIP AND ASKED WHY THEIR WERE SO MANY CREDIT PULLS TO HIS AND HIS MOTHERS CREDIT AND THE DEFENDANT STEVEN PORTER RESPONDED NOT TO WORRY ABOUT IT I HAD BAD CREDIT AND IM LUCKY TO GET FINANCED WHEN IN FACT THEY HAD BEEN DEFRAUDING THE PLAINTIFFS FOR SINCE AT LEAST 2020 WHEN THE DEFENDANTS OBTAINED PERSONALLY IDENTIFIABLE INFORMATION FROM BOTH PLAINTIFFS. THIS WAS A MATERIAL MISREPRESENTAION AND BEYOND THE CULPABILITY OF NEGLIGENCE. THIS IS A CRIMINAL ENTERPRISE TAKING ADVANTAGE OF INSIDE INFORMATION AND VICTIMIZING INNOCENT UNSUSPECTING PEOPLE.

FRAUD AND FORGERY- IN ORDER FOR THE DEFENDANTS TO COMMIT THIS
FRAUD THEY HAD LOOK ALIKE ACTORS WHO DROVE LOOK ALIKE CARS THEY
HAD MANUFACTURED AND DUPLICATED IN BRAZIL AND LEGGALLY IMPORTED
THROUGH FRAUDULENT MISREPRESENTAION, FORGERY, AND EMBEZZELMENT
OF ASSETS BEING HELD IN TRUST WITHIN THE STATES TREASURY
DEPARTMENTS. BUT TO BE SPECIFIC AND DIRECT THE INFORMATION IN THIS
COMPLAINT IS ENOUGH TO SGTATE A CLAIM AND FILE SUIT AGAINST KNOWN
PARTIES AND SUPEANA DOCUMENTS EVEN THOUGH THIS HAS BEEN REPORTED
TO THE CONSUMER FINANCIAL PROTECTION BUREAU AND CREDIT AGENCIES IN
AND HAVE NOT GOTTEN ANYWHERE AND BELIEVE THE 0CFPB IS
INVESTIGATING AND AS OF THIS FILING NEEDS MORE TIME TO INVESTIGATE
THEY CLAIM.  HOWEVER THIS DELAY IS NOT IN THE BEST INTERESTS OF
JUSTICE AND THE DEFENDANTS SHOULD BE ENJOINED AND RESTRAINED BY
THE GOVERNMENT WITH POWERS IN THIS COURT TO UPHOLD JUSTICE AND
DEFEND AGAINST INJUSTICE WHEN THERE BIS A CRIMINAL ENTERPRISE
RUNNING EVERY ASPECT OF YOUR LIFE AND HAS LED TO MASSIVE NEGATIVE
CONSEQUENCES INCLUDING SOMEONE WORKING FOR THE TEXAS DEPARTMENT
OF CRIMINAL JUSTICE HUMAN RESOURCES DEPARTMENT UNDER MY CREDIT
FILE WITH EQUIFAX, STUDENT LOANS HAVE BEEN OPENED ON GRAND SCALE BY
THE UNITED STATES DEPARTMENT OF EDUCATION AND ACTING EDUCATION
SECRETARY.  WITH A CORPORATE ENTERPRISE AS BIG AND GREAT AS THE
FEDERAL GOVERNMENT AND FINANCIAL CORPORATE STRUCTURE OF THE
BANKS AND HEDGE FUNDS WHO HAVE CONSPIRED IN THIS ITS ALMOST

IMPOSSIBLE FOR PLAINTIFFS TO PROSECUTE THE CRIMES COMMITED AND
REQUESTS THIS COMPLAINT BE FILED UNDER SEAL AND A PLAINTIFFS REQUEST
A FEDERAL CIVIL RICO TORT BE CARRIED OUT BY THE ARIZONA ATTORNEY
GENERALS OFFICE AND A FULL UNBIASED INVESTIGATION BE HANDLED BY THE
AGENCIES WITH POWER TO DO SO.  PLAINTIFFS ARE STUCK BEHIND RED TAPE
AND POLCIES DESIGNED TO PREVENT THE TRUTH OF THIS MASSIVE FRAUD.
THIS HAS TURNED INTO THE GOVERNMENT COMMITING CIVIL RIGHTS
VIOLATIONS FROM PREVENTING REPORT AND COVERING THESE TRUTHS AND
FOR THIS REASON PLAINTIFFS REQUEST ASSISTANCE FROM THE ARIZONA
ATTORNEY GENERALS OFFICE WHO IS TASKED WITH INVESTIGATING AND
PROSECUTING IDENTITY THEFT ON A MASSIVE SCALE AND TRUTH IN LENDING
VIOLATIONS.

PLAINTIFF has identified the following unlawful acts or practices of DEFENDANTS:

(1) applying for and issuing AUTO LOANS AND LEASES, lines of credit FOR SERVICE
AND AFTER-MARKET PARTS AND ACCESSORIES without their knowledge and
consent; (A) using or obtaining consumer reports of PLAINTIFFS who were not seeking an
extension of credit from or involved in any form of credit transaction, account review, or
account collection with Respondent, where the Respondent had no other permissible purpose
for the consumer reports it used or obtained; (B) opening consumer deposit accounts without
consumers' knowledge and consent. DEFENDANTS PROVIDED VEHICLES TO
BUSINESSES THAT THE SALESMAN AND FINANCE TEAM HAD PRE-
DETERMINED TO BOOST SALES AND CREATED PERSONAL WEALTH FOR THE

CAR SALESMAN, FINANCE TEAM, BANKS INVOLVED IN THE FINANCING, AND

CORPORATE EXEXUTIVES WITH AN OVERALL EXTREMELY HARMFUL EFFECT

ON "THE LITTLE GUY" INCLUDING PLAINTIFFS.

(2) DEFENDANTS IMPROPERLY USED PLAINTIFFS PERSONAL INFORMATION,

CONSUMER REPORTS AND TOOK THAT INFORMATION TO NOT ONLY

DEFRAUD THE PLAINTIFFS BUT TO INFLICT WANTON DAMAGE AND PAIN

THROUGH "LIABILITY" UNDER FALSE PRETENSES "INSURANCE FRAUD" AND

FALSE CLAIMS ON THE INSURANCE NETWORK CREATING DUPLICATED

PROFILES OF SYNTHETIC IDENTITIES. TO FURTHER THIS FRAUD THE

DEFENDANTS OPENED UP OVER 50 BUSINESS LLCS ACROSS THE STATE.

THESE BUSINESS LLCS WERE OPENED WITH THE EXPRESS PURPOSE OF

RECEIVING PROCEEDS FROM THE STATE TREASURY THESE CRIMINALS SET

UP SHOP.  TO FURTHER THE IDENTITY THEFT PLAINTIFFS AND MANY OTHER

CITIZENS THE DEFENDANTS WORKED WITH BANKS, LAWYERS,

CONSULTANTS, AND HAVE CREATED A MASSIVE FRAUD ON THE COURT AND

FOR THESE REASON THE PLAINTIFFS REQUEST THAT THE DEFENDENTS BE

ENJOINED AND RESTAINED IN THE INTERESTS OF JUSTICE.

(3) PLAINTIFFS PURCHASED 2 VEHICLES IN 2020 AND WHEN REVIEWING CREDIT

RECENTLY HAVE FOUND THAT OUR CREDIT WAS USED AT OVER 10 AUTO

FINANCE COMPANIES AND WITHIN DAYS APART FROM THE DAYS THAT WE

PURCHASED OUR VEHICLES.

(4) PLAINTIFF LISA ALLEN WAS IN A VERY BAD ACCIDENT THAT WAS HIGHLY

SUSPICIOUS AND FILED A CLAIM. PLAINTIFFS INSURANCE POLICY WAS

THROUGH ESURANCE AN AFFILIATE OF ALLSTATE.  Which has since decided to

Close and be absorbed by ALLSTATE ITS PARENT COMPANY ON AUGUST 2022.

(5) PLAINTIFF JUSTIN ROBERT ALLEN HAS BEEN THE VICTIM OF TRUE NAME

FRAUD AND HAD HIS BROKERAGE ACCOUNTS HACKED AND 401K 403B 459A

(6) PLAINTIFF JUSTIN ROBERT ALLEN WAS REAR ENDED IN FEBRUARY 2021 IN A

SUSPICIOUS ACCIDENT INVOLVING EVELYN GONZALES AND PLAINTIFF WAS

INSURED BY ESURANCE AN ALLSTATE COMPANY. EVELYN GONZALES A

RELATIVE OF A POLITICIAN FROM CALIFORNIA WAS INSURED BY

CALIFORNIA PROPERTY AND CASUALTY INSURANCE.

(7) JONATHAN ADKISSON WAS THE COO OF CALIFORNIA CASUALTY AT THE

TIME I WAS FILING A CLAIM AGAINST THEM FOR BEING REAR ENDED.

SWEET JAMES INJURY ATTORNIES AND KURT MAAHS REPRESENTED

PLAINTIFF JUSTIN ALLEN AND HAVE SINCE DISAPPEARED AND PLAINTIFF

BELIEVES A FRAUDULENT ARBITRATION WAS SETTLED IN CALIFORNIA.

HAVING INSIDE INFORMATION ON TITLE INSURANCE CLAIMS AND INSUANCE

ANUITIES FROM LIFE INSUANCE POLICIES, DEFENDANTS ACTED IN

CONJUNCTION WITH EACH OTHER TO FURTHER THE INSURANCE FRAUD AND

PRODUCE FALSE CLAIMS AGAINST OTHER INSURANCE COMPANIES IN

PLAINTIFFS NAMES IN ORDER TO TRY AND BANKRUPT CT CORPORATION

AND DEFRAUD PLAINTIFFS OF INSURANCE ANNUITIES, CREDIT, IDENTITIES,

AND CREATED A SAFETY RISK WHERE PLAINTIFFS FEAR FOR THEIR LIVES

AND HAVE BEEN GANGSTALKED, THREATENED, ASSAULTED, AND HAD

WEAPONS PULLED FOR THE TRUTHS THEY ARE COMPLAINING ABOUT IN THE

PLEADING.

(8) TO FURTHER EVIDENCE THE CONNECTIONS AND CORRUPTION OF JONATHAN

ADKISSON, SHORTLY AFTER THIS ARBITRATION WAS SETTLED IN

CALIFORNIA USINGA LOOK ALIKE AND FORGERY, JONATHAN ADKISSON

GETS A HUGE PROMOTION TO THE CEO OF ALLSTATE WHO WAS THE PARENT

COMPANY OF THE POLICY PLAINTIFFS HELD AS PLAINTIFF AGAINST

CALIFORNIA CASUALTY.  ATTORNEY KURT MAAHS HAS VANISHED AND HAS

NOT PROVIDED PAYMENT OR ANY INFORMATION.

(9) PLAINTIFFS OPENED CAR LOANS, BANK ACCOUNTS, AND VIOLATED THE

FEDERAL COMMUNICATIONS ACT "FCA" AT 47 U.S.C. 222, THE STORED

COMMUNICATION ACT "SCA" AT 18 U.S.C.1030

18 U.S.C. CH.25 COUNTEREITING & FORGERY

INCLUDING TITLE 471 OBLIGATIONS OR SECURITIES OF THE UNITED STATES.,

PLAINTIFFS OPENED CAR LOANS CAR SERVICE LINES OF CREDIT,

COMMERCIAL BUSINESS ACCOUNTS, CORPORATIONS AT THE ARIZONA

CORPORATION COMMISION AND IN ALMOST EVERY OTHER STATE IN THE

COUNTRY INCLUDING GLOBAL BUSINESSES OF FRAUD TO FURTHER INTO

COVID-19 RELIEF FUNDS FRAUD AND FLEECING OUR FEDERAL GOVERNMENT.

STORED INFORMATION OF PLAINTIFFS WERE USED BY EMPLOYEES WITHOUT



AUTHORIZATION.

PHOTO OF MR. J.A.ADKISSON (CALIFORNIA PROPERTY AND CASUALTY)

9) DEFENDANTS CALIFORNIA CASUALTY AND PROPERTY INSUARANCE ;

JONATHAN A ADKISSON ; ESURANCE ; AND ALLSTATE INC ; SHOULD BE

ENJOINED AND RESTRAINED FROM COMMITING FURTHER CRIMES AGAINST

PLAINTIFFS.

PLAINTIFF JUSTIN ROBERT ALLEN HAS FILED COMPLAINTS WITH

THE ARIZONA DEPARTMENT OF INSURANCE, THE ARIZONA MOTOR VEHICLE

DIVISION OFFICE OF THE INSPECTOR GENERAL, THE CONSUMER FINANCIAL

PROTECTION BUREAU, THE ARIZONA STATE BAR ASSOCIATION, THE UNITED

STATES SECURITIES EXCHANGE COMMISION, THE US SEC OFFICE OF THE

INSPECTOR GENERAL AND THE UNITED STATES POSTAL INSPECTION SERVICE

WITH RESPONSES FROM THE CFPB THAT THERE HAS BEEN A MASSIVE FRAUD IN

CORPORATE BANK EXECUTIVES AND WOULD EXPLAIN THE AUTOMOTIVE

CONSULTANT WHERE BERKSHIRE HATHAWAY AUTOMOTIVE IS SOMEHOW A

CONSULTANT ON A MASSIVE FRAUD ON THE COURTS AND THE UNITED STATES

TREASURY AS THE BROKERAGE ACCOUNTS THAT WERE SUBSEQUENTLY

HACKED WERE CONTROLLED BY DEFENDANTS FIDELITY WORKPLACE

ADVISORS "A FIDELITY BROKERAGE COMPANY" THROUGH BNY MELLON ASSET

MANAGEMENT AND SPAXX UNITED STATES GOVERNMENT MONEY MARKET

FUND. THESE ASSETS WERE FRAUDULENTLY OBTAINED BY THE USE OF OUR

PERSONAL INFORMATION AND DUPLICITY OF OUR IDENTIFICATION THROUGH

THE GOVERNMENT MOTOR VEHICLE DEPARTMENTS. INDIANA BUREAU OF

MOTOR VEHICLES SETTLEMENT EXPOSED A MASSIVE FRAUD IN THE SMALL

SETTLEMENTS BEING SENT TO THE STATE TREASURY IN VARIATIONS OF JUSTIN

ALLEN AND A LAST NAME ADDED OF THE FINANCIAL ADVISOR WHO HAD THE

INSIDE INFORMATION AND CONTROLLED THE TAX-FREE BONDS AND T-BILLS.

THIS IS FURTHER EVIDENCED IN THE STATE OF TENNESSEE FLORIDA MISSISSIPPI

NEVADA CALIFORNIA AND MY HOME STATE OF ARIZONA WHERE 20 LICENCES

WERE CANCELLED IN THE YEARS OF 2018 AND AGAIN IN 2022.


FACTS AND EVENTS ARE SO COMPLEX THAT THE PLAINTIFFS ARE JUST NOW

UNDERSTANDING THE FULL SCOPE OF FRAUD UNCOVERED WITHIN PLAINTIFF

CT CORPOARTION TRUST COMPANY DOMICILED IN DELEWARE THAT HAS TIES

TO A TRUST DESIGNED TO PROVIDE FOR ALL OFFSPRING OF THE CERTAIN

ROYALTY NAMED IN THE TRUST. THE TRUST WAS IN UNCLAIMED PROPERTY

WITH CONNETICUT STATE TREASURER BETTY YEE WHO CONICIDENTILLY NOW

IS EMPLOYED AT THE CALIFORNIA STATE CONTROLLERS OFFICE AS THE

TREASURER IN THIS JURISDICTION.

PLAINTIFF JRA ATTESTS TO THESE FACTS AS HIS PERSONAL INVESTIGATION HAS UNCOVERED MASSIVE FRAUD IN THE JUSTICE COURT ALLOWING THESE CRIMININALS TO OPERATE BUT ALSO FURTHERS THE OVERALL BUDGET CONSTRAINTS THESE MUNICIPALITIES HAVE IN REGARDS TO THE MASSIVE LITIGATION THAT'S NOW ON THE COURTS GLOBALLY DUE TO THIS MASSIVE FRAUD THAT INDEED TIES BACK TO THE PAUL GARDNER ALLEN TRUST AND THE TRUSTEE JODI ALLEN.  PLAINTIFF JRA BELIEVES THE MEDIA IS LYING TO THE PUBLIC ABOUT PAUL ALLENS TRUST.  THIS TRUST WAS IN THE NAME OF BENEFICIARY JUSTIN AND LISA ALLEN.  AND IF YOU CHECK THE STATE TREASURY DEPARTMENTS AND CHAMBER OF COMMERCE YOU WILL SEE THE FACTS AND HOLDINGS LEFT.

PLAINTIFFS ALLEGE THIS FRAUD FROM THE CAR DEALERSHIPS PERSONAL HANDLING OF THEIR PERSONAL INFORMATION, IDENTIFICATION CARDS, BANK STATEMENTS AND W-2 INFORMATION HAS ALLOWED THESE DEFENDANTS TO VIOLATE FEDERAL LAWS AND GLOBAL SECURITIES TREATIES BUT HAVE INTENTIONALLY BRIBED PUBLIC OFFICIALS WITH ILL-GOTTEN GAINS TO FURTHER THIS MASSIVE FRAUD.

PLAINTIFF LISA ALLEN PURCHASED A 2ND VEHICLE DECEMBER 2020 AFTER BEING T-BONED IN AN ACCIDENT WITH A MERCEDES BENZ THAT WAS HIGHLY SUSPICIOUS AS WELL AND PLAINTIFF ALLEGES WAS A TARGETING EVENT BY HAVING IMPROPERLY USED OUR INFORMATION WHEN PURCHASING THE VEHICLES AND RUNNING CREDIT, OPENING BANK ACCOUNTS AND MORTGAGE LOANS AND COMMERCIAL ACCOUNTS THROUGH LLC FRAUD. BEING ARMED

WITH UNCLAIMED ASSETS, INSURANCE ANNUITIES FROM CLAIMED POLICIES

UNKNOWN TO PLAINTIFFS THROUGH THE ACCIDENT AND FROM NEW

INFORMATION BELIEVE THE OTHER PARTY WAS TARGETING PLAINTIFF AS

INSURANCE FRAUD, THE DRIVER HAVING COMMITED FORGERY AND

INFORMATION OBTAINED FROM STEVEN PORTER AND CAMELBACK VW AGENTS

ABOUT PLAINTIFF JUSTIN ALLEN.  TAKING THIS THE DEFENDANTS CONSPIRED

TO STAGE A FAKE WEDDING HAVE THE GIRL DRIVER MARRY AN UNKNOWN

DEFENDANT WITH PLAINTIFF JUSTIN ROBERT ALLENS PERSONAL INFORMATION

AND DOCUMENTS OBTAINED THROUGH MAIL THEFT AND FORGERY, THE

DEFENDANT STEVEN PORTER WORKING UNDER DIRECTION OF DEFENDANT

PAUL VALENTINO ; AGENTS FOR CAMELBACK VW SUBARU MAZDA, COMMITED

PERJERY AND CREATED A FRAUDULENT MARRIGE CERTIFICATE IN ORDER TO

FURTHER EXTENUATE THE USE OF PLAINTIFFS IDENTITY AND ALLOW AN

UNKNOWN DEFENDANT WOMAN PARADE AS HIS WIDOW.  THE PLAINTIFFS THEN

CONSPIRED TO TARGET PLAINTIFF LISA ALLEN WHEN SHE WAS INVOLVED IN A

T-BONE ACCIDENT WHERE SHE WAS T-BONED BY A MERCEDES BENDZ.


IN NOVEMBER 2021 PLAINTIFF TOOK HIS 2020 VW JETTA TO TRADE IN FOR A NEW

2021 MODEL VW JETTA AFTER HIS 2020 VW JETTA WAS REPAIRED FROM BEING

REAR ENDED IN FEBRUARY 2021 ACCIDENT FROM INSURANCE FRAUD IN

CALIFORNIA CASUALTY WHICH THE PLAINTIFFS ALLEGE WOULD NOT HAVE

OCCURRED HAD THE FINANCE MANGER STEVEN PORTERS TEAM NOT SOLD OR

IMPROPERLY USED OUR DOCUMENTS, FORGED SIGNATURES, OPENED BANK

ACCOUNTS AND CONVERTED BROKERAGE ACCOUNT HOLDINGS, THIS HAS CAUSED THE PLAINTIFFS IRREPRABLE HARM IN EXCESS OF 1,000,000,000.00 USD.

PLAINTIFF HAS LEARNED THAT DEFENDANTS THE ARIZONA DEPARTMENT OF TRANSPORTION, THE INDIANA BUREAU OF MOTOR VEHICLES, THE CALIFORNIA DEPARTMENT OF TRANSPORTAION, THE UNITED STATES DEPARTMENT OF DEFENSE, THE UNITED STATES STATE DEPARTMENT AND THE UNITED STATES HOUSE OF REPRESENTATIVES, THE UNITED STATES SENATE, THE ARIZONA STATE GOVERNMENT, THE UNIVERSITY OF CALIFORNIA BOARD OF REGENTS AND BOND FINANCE TEAM, THE ARIZONA STATE UNIVERSTITY, THE APOLLO GROUP AND 1-1000 UNKNOW DEFENDANTS HAVE PARTICIPATED IN THIS TYPE OF FALSE CLAIM FRAUD AGAINST OUR STATE TREASURY DEPARTMENTS USING PLAINTIFFS PERSONALLY IDENTIFIABLE IDENTIFICATION.

DEFENDANTS THE UNITED STATES OF AMERICA AS A FEDERAL ENTITY AND ALL STATES AND TERRITORRIES INDIVIDUALLY HAVE PARTICIPATED IN BREACH OF FIDUCIARY REPONSIBILITY AND HAVE ALLOWED MASSIVE FALSE CLAIMS TO BE CLAIMED AT THE EXPENSE OF OUR MUNICIPAL GOVERNMENTS AND US TAX FREE BONDS AND T-BILLS AND HAVE PARTICIPATED IN COLLUSION AND CONVERSION OF PROPERTY THROUGH FRAUDULENT MISREPRESENTATION AND BREACH OF FIDUCIARY RESPONSIBILITY AND IS FURTHER EVIDENCE OF WHY OUR GOVERNMENT IS FORBIDDEN BY THE CONSTITUTION TO PARTICIPATE IN FREE ENTERPRISE.

THIS CREATES A CONFLICT OF INTEREST AS THE GOVERNME NT IS PAID FRO BY
TAXES AND TAXES ONLY AND SHOULD PAY FRO ITSELF BASED ON THESE TAXES
IF MANAGED WELL. HOWEVER DUE TO DERELICTION OF DUTIES BY OUR ARMED
FORCES AND INCOMPETANCE OR BLIND DISREGARD FOR THE FRAUD BEING
COMMITED ACT IN WANTON DELIBERITE INDIFFERENCE TO THE PLAINTIFFS BY
VIOLATING THEIR CIVIL RIGHTS AND FAILING TO INVESTIGATE FEDERAL
CRIMES AND INSTEAD ALLOW A CRIMINAL TO INFILTRATE THE GOVERNMENT
THROUGH FRAUDULENT MISREPRESENTATIONS FROM IDENTITY THEFT FROM
THE OTHER LISTED DEFENDANTS AND COMMIT CRIMES SO HEINOUS THAT
SHOULD NOT BE MENTIONED BUT INCLUDE KIDNAPPING, MURDER, TORTURE,
AND THIS LACK OF ACCOUNTABILITY AND OVERSIGHT AND LACK OF
INVESTIGATION THAT HAS LED TO THIS IS CLEAR AND CONVINCING EVIDENCE
OF THE PLAINTIFS FOR THE FEDERAL GOVERNMENT AND STATE GOVERNMENTS
OF DELIBERATE INDIFFERENCE AND NEGLIGENCE I THE HIGHEST FORM AND A
PLAINTIFF ONLY NEED TO STATE A CLAIM OF DELIBERATE INDIFFERANCE AND
WANTON NEGLIGENCE. THE PLAINTIFF HAS SHOWN THIS BY REPORTING TO THE
FBI THE DEPARTMENT OF DEFENSE AND UNITED STATE POSTAL INSPECTORS,
MVD DEPARTMENTS, AND THE UNITED STATES SECURITIES EXCHANGE
COMMISION. MY INFORMATION AND REPORTS WERE INTERCEPTED AS I
REPORTED HACKED DEVICES ACCOUNTS OPEN LOANS I DIDN'T KNOW
CREDITOR STATEMENTS AND REPORTED TO THE POLICE AND SHERIFFS
DEPARTMENTS IN ARIZONA AND NEW MEXICO POLICE STATION #5 IN
ALBAQUERQUE NEW MEXICO THE FIRST WEEK OF JANUARY WHEN I NOTICED

THE FRAUD BEING RAN THROUGH MY BROKERAGE ACCOUNTS. FIDELITY HAS SINCE CONVERTED 1.2TRILLION IN ASSETS THAT HAVE BEEN BAD DEBT THE BANKERS HAVE BEEN WRITING ON MY FAMILY FOR YEARS. WITH THE AMOUNT OF REPORTS AND TARGETING AFTER PROTESTING THE AMOUNT OF ARRESTS FOR INDIVIDUALS NAMED JUSTIN ALLEN IN THE UNITED STATES HAS LED TO DELIBERATE INDIFFERANCE BEING PROVEN AND A CLAIM STATED ON THOSE FACTS FOR THESE SPECIFIC DEFENDANTS, KNOWING OF A CRIME AND REFUSING TO ACT THAT HAS LED TO MASS FRAUD, IDENTITY THEFT, ECONOMIC ISSUES, LOGISTICAL ISSUES, MURDERS, KIDNAPPINGS, FRAUD ON THE COURT, AND HAVING US MARSHALLS REMOVE ME FROM SANDRA DAY O CONNOR COURT FOR TRYING TO FILE A CIVIL RIGHTS COMLAINT IN DECEMBER 2021. THE PROBLEM HERE AND FOR THE COURTS TO UNDERSTAND IS WITH CT CORPORATION AND THE TRUST BEING HANDLED INCORRECTLY BY CRIMINALS WHO HAVE NO AUTHORIZATION TO ACT ON AGENT FOR CT CORPORATION. PLAINTIFFS BELIEVE THE ERLER FAMILY AND HIS OWN DAUGHTERS AND A FRAUDULENT FOSTER FAMILY THAT IMPERSONATED AZDCS AND COMMITED FRAUD ON THE COURT TO ILLEGALLY KIDNAP HIS DAUGHTER SKYE A. PLAINTIFF FURTHER REQUEST THAT HIS PREPAYMENT OF FILING FEES BE WAIVED AND MOTIONS THE COURT TO PROCEED AS INFORMA PAUPERIS, FURTHER PLAINTIFF REQUESTS THIS BE BE SEALED UNTIL THE CFPB COMPLETES THEIR INVESTIGATION IN

Section 1036(a)(1)(B) of the CFPA prohibits "unfair, deceptive, or abusive"

acts or practices. 12 U.S.C. § 5536(a)(1)(B). An act or practice is unfair if it

causes or is likely to cause consumers substantial injury that is not

reasonably avoidable and if the substantial injury is not outweighed by

countervailing benefits to consumers or to competition. 12 U.S.C.

§ 5531(c)(1).

DEFENDANTSs acts and practices have caused substantial injury to PLAINTIFFs that was not

reasonably avoidable or outweighed by any countervailing benefit to PLAINTIFF or to

competition.

37. Thus, DEFENDANTS engaged in unfair acts and practices in violation of

§§ 1036(a)(1)(B) and 1031(c)(1) of the CFPA. 12 U.S.C. §§ 5536(a)(1)(B),

5531(c)(1).

THE DEFENDANTS COMMITED FORGERY AND MISREPRESENTATION AS

EVIDENCED BY A PRIOR INVESTIGATION BEING CLOSED AND A 2ND

INVESTIGATION LEADING THE FACTS THAT THE DEFENDANTS HAVE HAD

ABOUT 1 YEAR TO BRIBE STATE OFFICIALS AT THE STATE OF ARIZONA

DEPARTMENT OF TRANSPOTATION DEPARTMENT AND OTHE STATE, CITY AND

MUNICIPAL GOVERNMENT AGENCIES WHO WILL BE NAMED IN A CIVIL RIGHTS

COMPLAINT AND LOSS OF WORK AND PAIN AND SUFFERING PLAINTIFFS HAVE

SUFFERED IN THEIR LIFES IN AN EFFORT TO CONCEAL THESE FACTS AND

VIOLATE THEIR CONSTITUTION RIGHTS.  WHEN GOVERNMENT COLLUDES AND

CONSPIRES IN SECRET WITH FREE ENTERPRISE IT LEADS TO THE MASS

VIOLATION OF CIVIL RIGHTS AND BEING AN AMERICAN I ENJOY THE RIGHT TO LIFE LIBERTY AND THE PURSUIT OF HAPPINESS WITHOUT THE INTERRUPTION AND IMPRISONMENT CARRIED OUT BY HENCHMEN OF THE TYRANNICAL MONSTER OF A GOVERNMENT MARICOPA COUNTY AND THE STATE OF ARIZONA HAS CREATED WITH THE TAX FREE SHELTERS AND PRIVATE EQUITY HOLDINGS. YOU ADD IN INFLUENCES FROM THE DEPARTMENT OF DEFENSE CONTRACTS WITH THESE AUTO DEALERSHIPS, POLITICIANS, THROUGH KICK BACKS FREE PLAY AT THE CASINOS AND BRIBERY THROUGH SPORTS FRANCHISES YOU WILL ALSO BREED CORRUPTION.

WITH THE POWER AND TOOLS AVAILABLE TO THE PLAINTIFFS ADVERSARY THEY REQUEST THE ARIZONA STATE ATTORNEY GENERAL INTERVENTION. THE PLAINTIFFS HAVE BEEN VICTIMS OF MARRIGE AND DEATH FRAUD, INSURANCE FRAUD AND MASS CONVERSION OF PROPERTY HAS BEEN ORCHESTRATED BY THESE PLAINTIFFS ACTING IN CONJUNCTION WITH ONE OR ANOTHER TO DEFRAUD JUSTIN ROBERT ALLEN AND LISA ALLEN AND CONVERT REAL PROPERTY, STOCKS, SECURITIES, BONDS, THROUGH FALSE CLAIMS ON OUR STATE AND US TREASURY AT THE COST OF DESTROYED CREDIT, NON-EXISTENCE, SOCIAL SECURITY FRAUD, LLC FRAUD, MEDICARE FRAUD, FALSE POLICE REPORTING FRAUD, MORTGAGE FRAUD, UCC LIENS , AND COMMERICIAL CREDIT FRAUD, PLUS THEY HAVE BEEN GANGSTALKED AND CONSTANTLY HARRASSED BY AGENTS WHO HAVE BEEN CAUGHT ALREADY AND HAVE

RETALIATED AND OBSTRUCTED FEDERAL INVESTIGATIONS THROUGH MAIL

TAMPERING AT THE POST OFFICE AT 85021.

THE DEFENDANTS CAMELBACK VW AND AGENTS HAVE VIOLATED FCRA OVER

100 TIMES AT VARIOUS AUTO FINACE COMPANIES AND BANKS WHICH IS A

VIOLATION OF THE FCRA AND THE FOLLOWING:

12 U.S.C. 5531 AND 5536

28 U.S.C. 1331

FEDERAL COMMUNICATIONS ACT "FCA" AT 47 U.S.C. 222, THE STORED

COMMUNICATION ACT "SCA" AT 18 U.S.C.1030

18 U.S.C. CH.25 COUNTEREITING & FORGERY

INCLUDING TITLE 471 OBLIGATIONS OR SECURITIES OF THE UNITED STATES.

TRUTH IN LENDING ACT(TILA)

U.S.C. 1601(B)F ; THE TRUTH IN SAVINGS ACT(TISA), 12 U.S.C. 4301 ET SEQ., AND

ITS IMPLEMENTING REGULATION, REGULATION DD, 12 C.F.R. PART 1030 ;

THE CONSUMER FINANCIAL PROTECTION ACT OF 2010(CFPA), 12 U.S.C. 5531 &

5536

U.S.C. 1681 (FCRA) & 15 U.S.C. 1692-1692(P) THE FAIR DEBT COLLECTION

PRACTICES ACT

18 U.S.C. § 471 – FORGERY

17 CFR § 240.15c1-2 - Fraud and misrepresentation.

USC 28 1332; DIVERSITY OF CITIZENSHIP

18 U.S.C. § 471 - FORGERY

18 USC 1028 – FRAUD OF IDENTIFICATION

41 USC 6503: BREACH OR VIOLATION OF REQUIRED CONTRACT

29 U.S. CODE § 1109 BREACH OF FIDUCIARY RESPONSIBILITY 17 CFR § 240.15C1-2 - FRAUD AND MISREPRESENTATION. (SEC. 2, 52 STAT. 1075; 15 U.S.C. 78O)

17 CFR § 240.10B-3 - EMPLOYMENT OF MANIPULATIVE AND DECEPTIVE DEVICES BY BROKERS OR DEALERS.

VIOLATIONS OF 42 U.S. CODE § 423

THE BANK SECRECY ACT 31 USC 5311 – MONEY LAUNDERING - DEFENDANTS LAUNDERENED MONEY BY OPENING LEASING COMPANIES AND PURCHASED VEHICLES UNDER THE FRAUDULENT LEASING COMPANY TO HIDE ILL GOTTEN GAINS PROCURED FROM FALSE CLAIMS ON OUR STATE TREASURIES.

FOREIGN CORRUPT PRACTICES ACT - ACT OF 1977, AS AMENDED, 15 U.S.C. §§ 78DD-1, ET SEQ. ("FCPA"), 15 U.S.C. § 78M (ACCOUNTING PROVISIONS) – DEFENDANTS VIOLATED THIS ACT BY TAKING AND GIVING BRIBES TO ILLEGAL ALIENS AND PARTICIPATED IN HUMAN SMUGGLING AND DRUG RUNNING IN THE ILLEGALLY PROCURED VEHICLES.  DEFENDANTS BRIBED SPECIFICALLY A BORDER PATROL AGENT FOR FREE PASS DURING HIS SHIFT A 36 YEAR OLD WHO WILL BE NAMED IF REQUESTED.

18 U.S. CODE § 641 - PUBLIC MONEY, PROPERTY OR RECORDS- TAX FREE MUNICIPAL BONDS- MPLAINTIFFS DEFRAUDED TAX-FREE MUNICIPAL BONDS IN THE STATE OF CALIFORNIA, FLORIDA,  NEW YORK, ARIZONA, NEW MEXICO, WASHINGTON, OREGAN, IDAHO, IOWA,  HAWAII, WYOMING, ARKANSAS, ALABAMA, MINNESOTA, OHIO, MONTANA, OKLAHOMA, THE NAVAJO NATION, THE HOHOKAM TRIBE TOHOTO ODOM TRIBE, THE SALT RIVER INDIAN

RESERVATION AND THE SALT RIVER PROJECT, THE RIO VERDE BASIN, THE

STATE OF UTAH, MARICOPA COUNTY PINAL COUNTY, PIMA COUNTY, COCHISE

COUNTY, AND MANY MORE WHICH HAVE LED TO INTENTIONAL BOND CALL

LOSES TO THE PLAINTIFFS AND SOME MUNICIPALITIES SPECIFICALLY NORTH

CAROLINA AND MISSISSIPPI, LOUISIANNA AND PUERTO RICO DECLARED STATES

OF EMERGENCY IN THEIR WATER TREATMENT FACILITIES DUE TO THE

FRAUDULENT MISREPRESENTATION AND EMBEZZELMENT OF PUBLIC OFFICIALS

AND STATED PLAINTIFFS.

§§ 1036(a)(1)(B) and 1031(c)(1) of the CFPA. 12 U.S.C. §§ 5536(a)(1)(B),

5531(c)(1). REVIEW THE CFPB FINDINGS ON COMPANIES SINCE 2016.

THE PLAINTIFFS PRAY FOR EMERGENCY RELIEF IN NEW IDENTITIES BEING

ISSUED BY THE FEDERAL GOVERNMENT, EMERGENCY RESTRAINING ORDERS

AGAINST SAID DEFENDANTS DUE TO THREATS, HARRASSMENT, AND REPRISAL,

AND FURTHER PLAINTIFFS REQUEST THE DEFENDANTS PLACE A BOND WITH

THE COURT IN THE AMOUNT OF $250,000.00 AND CEASE AND DESIST ALL

PAYMENT ACTIVITY ON CURRENT LOANS, PLAINTIFFS JHAVE BEEN VICTIMIZED

ENOUGH AND REQUEST THAT THE MOTOR VEHICLE DEPARTMENT BE

TRANSPARENT IN THIS INVESTIGATION AS THUS FAR HAVE BEEN EXTREMELY

TIGHT LIPPED IN EVERYTHING.  THE FACT THAT THE STATE OF ARIZONA

DEPARTMENT OF TRANSPORTATION ALLOWED IDENTIFICATION TO BE SOLD TO

3RD PARTY MVD SUPPLIERS WHO THEN SOLD THAT TO THE PLAINTIFFS TO

FACILITATE THIS FRAUD IS HIGHLY CONCERNING AND THE PLAINTIFFS

REQUEST THE STATE OF ARIZONA PLACE A BOND WITH THE COURT IN THE AMOUNT OF $250,000.00 AS WELL.

PLAINTIFFS REQUEST THAT ADOT PROVIDE FULL AND ACCURATE INFORMATION ON TITLE HISTORY IN THE PLAINTIFFS NAMES AND RECORDS AS A REQUEST HAS BEEN MADE AND WAS TOLD BY "JIMMY" AT THE AZMVD ON 51ST AVE AND INDIAN SCHOOL THAT HE WOULD NEED A COURT ORDER TO GET THAT INFORMATION AND PLAINTIFFS AZMVDNOW ACCOUNT IS RESTRICTED AS WELL. PLAINTIFF REQUESTS THAT THE ARIZONA DEPARTMENT OF TRANSPORTATION BE RESPONSIBLE FOR VIOLATING FOREIGN CORRUPT PRACTICES ACT - ACT OF 1977, AS AMENDED, 15 U.S.C. §§ 78DD-1, ET SEQ. ("FCPA"), 15 U.S.C. § 78M (ACCOUNTING PROVISIONS) FOR NOT KEEPING ACCURATE RECORDS ON LICENCED 3RD PARTY MOTOR VEHICLE SERVICES AND AUTO DEALERS LICENCED IN THE STATE OF ARIZONA AND ALLOWING THE FRAUD AND FORGERY TO OCCUR THROUGH WASHED TITLES AND FRAUDULENT TITLE LOANS.

**UNDER 15 U.S. Code § 1681n - Civil liability for willful noncompliance**

DECEMBER 5TH 2020

DEFENDANTS, THE ARIZIN

_____
Attorney Name